IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 08 2016 ★

LONG ISLAND OFFICE

| | |
|---|---|
| ROBERT DOBKIN, *Plaintiff*, v. JOHN CRANE, INC., U.S. SEAL MFG., and SHELBY SCOTT, in his personal and professional capacities, *Defendants*. | Civil Action No. 2:14-cv-00973-JMA-AYS  JURY TRIAL DEMANDED  ELECTRONICALLY FILED |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Robert Dobkin and Defendants John Crane, Inc., U.S. Seal Manufacturing, and Shelby Scott, by and through their undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action with prejudice and without costs or fees to either party.

STIPULATED AND AGREED:

*/s/ Tan R.*
WIGDOR LLP
Tanvir Rahman, Esq.
85 Fifth Avenue
New York, New York 10003
trahman@wigdorlaw.com
(P) 212.257.6800

*Attorney for Plaintiff*

*/s/ Sarah E. Bouchard*
MORGAN, LEWIS & BOCKIUS LLP
Sarah E. Bouchard, Esq.
(admitted *pro hac vice*)
1701 Market Street
Philadelphia, PA 19103
Sarah.Bouchard@morganlewis.com
(P) 215.963.5077

*Attorney for Defendants*

Case Closed

SO ORDERED:
s/ Joan M. Azrack   3/8/16
Joan M. Azrack, USDJ